No. D–1117. IN RE DISBARMENT OF HUGHES. It is ordered that Stephen D. Hughes, of Dunedin, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable

within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.